FILED
12/20/2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____AD_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

AU:22-CR-00285-LY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v<br><br>RYAN DION LINCOLN<br>Defendant | **INDICTMENT**<br><br>[Ct. 1: 21 U.S.C. § 841(a)(1) and (b)(1)(A & B) – Distribution Methamphetamine and Cocaine; Ct. 2: PWID Methamphetamine] |

**THE GRAND JURY CHARGES:**

COUNT ONE
Distribution Methamphetamine and Cocaine
[21 U.S.C. § 841(a)(1)]

On or about December 1, 2022, in the Western District of Texas, Defendant,

**RYAN DION LINCOLN,**

knowingly and intentionally distributed a mixture or substance that contained 500 grams or more of a detectable amount of methamphetamine, a controlled substance, and distributed a mixture or substance that contained 500 grams of a detectable amount of cocaine, Schedule II Controlled Substances.

In violation of 21, U.S.C., § 841(a) and 841(b)(1)(A & B).

## COUNT TWO
### Possession With Intent to Distribute Methamphetamine
### [21 U.S.C. § 841(a)(1)]

On or about December 1, 2022, in the Western District of Texas, Defendant,

**RYAN DION LINCOLN,**

did knowingly and intentionally possess with intent to distribute a mixture or substance that contained 500 grams or more of a detectable amount of methamphetamine, a controlled substance.

In violation of 21, U.S.C., § 841(a) and 841(b)(1)(A).

A TRUE BILL

FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
FOR: MARK H. MARSHALL
ASSISTANT UNITED STATES ATTORNEY